# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

June 6, 2019

| Before: | JOEL M. FLAUM, *Circuit Judge* |
| | FRANK H. EASTERBROOK, *Circuit Judge* |
| | DIANE S. SYKES, *Circuit Judge* |

| No. 18-2385 | LARRY E. HATFIELD,<br>Plaintiff - Appellee<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:16-cv-00383-JPG-RJD<br>Southern District of Illinois<br>District Judge J. Phil Gilbert | |

    The judgment of the District Court is REVERSED, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)